# EXHIBIT A

Kinekt Design

Page 1 of 1

# ⁛KINEKT®

NEWS   PRODUCTS   ABOUT   FAQ   EXTRAS

[5 ▼] SIZING  sizing chart » pdf

**ADD TO CART**

Free worldwide shipping
VAT/Duty not included

Lifetime warranty included

Easy return and exchange policy with no restocking fees





The patented Gear Ring is made from high quality matte stainless steel. It features micro-precision gears that turn in unison when the outer rims are spun (as can be seen in the video). It is currently available for purchase in sixteen standard US ring sizes: 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 & 20.

For sizing, please note that our ring is wider than average. If you are a half size, we recommend ordering the next whole size up (one half size larger).

Gift certificates and custom Gear Ring orders are available. Please email us for more information.

We gladly offer a full money back guarantee (see FAQ section) if you are unsatisfied with your purchase for any reason.

Join mailing list.   **SIGN UP**

*"The 'Gear Ring' intrigued the engineer in me and opened my eyes to jewelry."*

All content Copyright Kinekt Design LLC, Gear Ring patented and other patents-pending | All rights reserved | site design by swissmiss

http://www.kinektdesign.com/product-gear-ring.php

7/16/2012

# **EXHIBIT B**



US00D639199S

## (12) United States Design Patent
### Liberman et al.

(10) Patent No.: **US D639,199 S**
(45) Date of Patent: ** Jun. 7, 2011

(54) **GEAR RING**

(76) Inventors: Glen Liberman, Short Hills, NJ (US); Ben Heesen, Brooklyn, NY (US)

(**) Term: 14 Years

(21) Appl. No.: 29/349,563

(22) Filed: Apr. 14, 2010

(51) LOC (9) Cl. .................................................. 11-01
(52) U.S. Cl. .................................................. D11/26
(58) Field of Classification Search ........... D11/26-39, D11/3; 63/15, 15.1–15.4, 15.45, 15.5, 15.6, 63/15.65, 15.7, 26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D119,814 S * | 4/1940 | Whitehead | D11/38 |
| D170,628 S * | 10/1953 | Caprano | D11/39 |
| D184,833 S * | 4/1959 | Sager | D11/39 |
| D450,009 S * | 11/2001 | Molfese | D11/26 |
| D491,834 S * | 6/2004 | Flynn | D11/26 |
| D532,331 S * | 11/2006 | Jang et al. | D11/26 |
| D588,489 S * | 3/2009 | Kizys | D11/38 |
| D606,442 S * | 12/2009 | Jang et al. | D11/26 |

* cited by examiner

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Melanie Levy
(74) *Attorney, Agent, or Firm* — Spriegel & Associates

(57) **CLAIM**

The ornamental design for a gear ring, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of gear ring showing our new design;
FIG. 2 is a top view thereof; and,
FIG. 3 is a front view thereof, the rear view being a mirror image of such front view.
The portions of the gears shown in broken lines, form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



# **EXHIBIT C**

orange co craigslist > for sale / wanted > jewelry - by owner

email this posting to a friend

Avoid scams and fraud by dealing locally! Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/guarantee. *More info*

# Gear ring - $80 (Anaheim)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-07-17, 4:34PM PDT
Reply to: 7kszr-3146134446@sale.craigslist.org [Errors when replying to ads?]

Gear ring (see Kinekt) $80 (new $175) size 10 & 11. Call 714 533 6544
avagts @ gmail.com



- Location: Anaheim
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 3146134446

Copyright © 2012 craigslist, inc.   terms of use   privacy policy   feedback forum

**EXHIBIT D**

<u>orange co craigslist</u> > <u>for sale / wanted</u> > <u>jewelry - by owner</u>     <u>email this posting to a friend</u>

**Avoid scams and fraud by dealing locally!** Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/guarantee. *More info*

please flag with care: [?]

# rotating mech ring - $80 (Anaheim)

<u>miscategorized</u>

<u>prohibited</u>

Date: 2012-10-03, 6:01PM PDT

<u>spam/overpost</u>

Reply to this post | jcbgn-3314819347@sale.craigslist.org [Errors when replying to ads?]

<u>best of craigslist</u>

Rotating mechanical ring similar to www.kinektdesign.com $80
Call 714-533-6544






- Location: Anaheim
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 3314819347

Copyright © 2012 craigslist, inc.    <u>terms of use</u>    <u>privacy policy</u>    <u>feedback forum</u>

**EXHIBIT E**

Sign in or register.   Daily Deals                                                          My eBay   Sell   Community   Customer Support   Car

Browse by category                                                       All Categories        Search      Advanced

Back to search results | Listed in category:   Jewelry & Watches > Men's Jewelry > Rings > Other

## rotating mechanical ring



| Item condition: | New with tags | | Add to Watch |
| Time left: | 5d 21h (Oct 16, 2012 13:30:13 PDT) | | **Seller information** |
| Current bid: | US $69.00  [ 1 bid ] | | avag1427 (6) |
| | Place bid | | Save this seller |
| | Enter US $70.00 or more | | See other items |
| | Add to Watch list | | |

BillMeLater New customers get $10 back on 1st purchase
Subject to credit approval.   See terms

Shipping:   FREE Standard Shipping | See details
Item location: Anaheim, California, United States
Ships to: United States

Delivery:   Estimated between **Sat. Oct. 20 and Wed. Oct. 24**

Payments:   **PayPal**. Bill Me Later | See details

Returns:   No returns or exchanges, but item is covered by eBay Buyer Protection.

**bliss**
Save 30%
on select skincare and bodycare sets
plus Free Shipping.
Buy direct on eBay ›

AdChoice

Sell one like this

Learn more

### Description | Shipping and payments

Print | Report item

Seller assumes all responsibility for this listing.

Item number: 15092088192:

#### item specifics

Condition:   New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as ... Read more

Specify size 9, 10, 11. Fun for compulsive movement.

#### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Results

**VXB Ball Bearings**
Buy affordable ball bearings online wholesale prices, same day Shipping
www.vxb.com/

**Kinekt Gear Ring**
Official Site. Patented. Lifetime Warranty & Free shipping
www.kinektdesign.com/

**Engagement, Wedding Rings**
Diamond Engagement & Wedding Rings Finest selection in Monmouth County
www.lincroftvillagejewelers.com/

**Online Auction: Rings**
Find Rings & Other Jewelry. Great Deals. Free Registration!
www.seizedacquisitions.com/Auction

**Cheaper Mother's Rings**
Free Shipping and Easy Ordering on Mothers Rings or Grandmothers Rings
www.cheaperjewelry.com/